# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>POCKETINET COMMUNICATIONS, INC; and DAVID MADRIGAL,<br><br>　　　　　　　Defendants. | Cause No.<br><br>**COMPLAINT** |

Plaintiff Union Insurance Company ("Union") states and pleads as follows:

## I. PARTIES

1.1   Union is an Iowa corporation with its principal place of business in Iowa.

1.2.   On information and belief, Defendant PocketiNet Communications, Inc. ("PocketiNet") is a Washington corporation with its principal place of business in Washington State.

1.3.   On information and belief, Defendant David Madrigal is a citizen of

COMPLAINT – 1
USDC ED WA CAUSE NO.

Soha & Lang, P.S.
Attorneys at Law
1325 Fourth Avenue, Ste 940
Seattle, Washington 98101
(206) 624-1800/Fax (206) 624-3585

Washington State. (PocketiNet and Mr. Madrigal will be referred to collectively as "Defendants.")

## II. JURISDICTION AND VENUE

2.1     This action is between citizens of different states.

2.2     The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as set forth more particularly below.

2.3     This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

2.4     An actual justiciable controversy exists between Union and Defendants within the meaning of 28 U.S.C. § 2201, *et seq.* regarding the scope and extent of insurance coverage provided under the Union policy, as set forth more particularly below.

2.5     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that a substantial portion of the events giving rise to the insurance claim occurred in this District.

## III. GENERAL ALLEGATIONS

3.1     Union issued policy No. RUP 3134292-24, with a policy period of June 13, 2020 to June 13, 2021, to PocketiNet (the "Policy"). A certified copy of the Policy is **Exhibit 1** (with redactions). Mr. Madrigal is an excluded driver under a named driver exclusion in the Policy.

3.2     Defendants were sued in the underlying lawsuit of *Kruschke v.*

COMPLAINT – 2
USDC ED WA CAUSE NO.

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

*Madrigal, et al.*, Franklin County Superior Court No. 23-2-50802-11 ("Underlying Lawsuit"). A copy of the Complaint in the Underlying Lawsuit is **Exhibit 2** hereto. Plaintiff in the Underlying Lawsuit alleges that, as a direct and proximate result of Defendants' negligence, she has suffered severe physical injuries including but not limited to traumatic brain injury, paralysis, orthopedic injuries, scarring and mental and emotional injuries.

3.3    Union is defending Defendants in the Underlying Lawsuit under a reservation of rights under the Policy.

3.4    Plaintiff in the Underlying Lawsuit has demanded $2.5 million to settle, having evaluated the value of her claim at $2.5 million to $3 million.

## IV. CLAIM FOR DECLARATORY RELIEF

4.1    Union incorporates by reference the allegations of all paragraphs above as if fully alleged herein.

4.2    In accordance with 28 U.S.C. §2201, Union seeks a ruling from this Court that the Policy does not provide coverage for the Underlying Lawsuit.

4.3    An actual justiciable controversy exists between Union and Defendants concerning whether there is insurance coverage under the Policy for the claims asserted in the Underlying Lawsuit.

4.4    The Policy does not provide coverage for the claims in the Underlying Lawsuit because Mr. Madrigal is an excluded driver.

COMPLAINT – 3
USDC ED WA CAUSE NO.

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

## V. RESERVATION OF RIGHT TO AMEND

5.1     Union reserves the right to amend its complaint, in whole or in part, as it obtains additional facts through investigation and discovery.

## VI. PRAYER FOR RELIEF

6.1     Wherefore, Union prays for judgment as follows:

(a)     That the Court render declaratory judgment in favor of Union;

(b)     That the Court declare the rights, duties, obligations, status and other legal relations of the parties, including a declaration that there is no insurance coverage under the Policy, that Union has no duty to defend or indemnify for the claims in the Underlying Lawsuit, that Union may withdraw from the defense of the Underlying Lawsuit;

(c)     That the Court declare that Union is entitled to reimbursement of defense costs as provided for in the Policy;

(d)     For all of Union's costs and disbursements incurred herein; and

(e)     For such other relief as the Court may deem just and proper.

DATED this 7th day of November, 2023.

SOHA & LANG, P.S.

By: *s/ Geoffrey Bedell*
Geoffrey Bedell, WSBA # 28837

COMPLAINT – 4
USDC ED WA CAUSE NO.

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Email: bedell@sohalang.com
**Soha & Lang, P.S.**
1325 Fourth Avenue, Suite 940
Seattle, WA  98101-2570
Telephone:  206-624-1800
Facsimile:   206-624-3585
Attorneys for Plaintiff

COMPLAINT – 5
USDC ED WA CAUSE NO.

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585