Geoffrey C. Bedell, WSBA No. 28837
Rachel A. Rubin, WSBA No. 48971
Soha & Lang, P.S.
1325 4th Avenue, Suite 940
Seattle, WA 98101
Tel: 206-624-1800
Email: bedell@sohalang.com; rubin@sohalanag.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNION INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>POCKETINET COMMUNICATIONS, INC; and DAVID MADRIGAL,<br><br>Defendants. | CASE NO. 4:23-cv-05151-JAG<br><br>NOTICE OF SETTLEMENT IN PRINCIPLE |
|---|---|

TO:   CLERK OF THE COURT

PLEASE TAKE NOTICE that a settlement in principle has been reached in this matter between Plaintiff Union Insurance Company and Defendants Pocketinet Communications, Inc. and David Madrigal.

NOTICE OF SETTLEMENT IN PRINCIPLE – 1
USDC WAED CASE NO. 4:23-cv-05151-JAG

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800 | FAX (206) 624-3585

DATED this 14th day of August 2025.

SOHA & LANG, P.S.

*s/ Geoffrey C. Bedell*
Geoffrey C. Bedell, WSBA No. 28837
Rachel A. Rubin, WSBA No. 48971
1325 4th Avenue, Suite 940
Seattle, WA 98101
Tel: 206-624-1800
Email: bedell@sohalang.com;
rubin@sohalang.com
Attorneys for Plaintiff

NOTICE OF SETTLEMENT IN PRINCIPLE – 2
USDC WAED CASE NO. 4:23-cv-05151-JAG

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800 | FAX (206) 624-3585