FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNION INSURANCE COMPANY, | No.  4:23-CV-5151-JAG |
|---|---|
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| POCKETINET COMMUNICATIONS, INC. and DAVID MADRIGAL, | |
| Defendants. | |

Pending before the Court is the parties Stipulation and Motion to Dismiss. ECF No. 51. The parties Motion, **ECF No. 51**, is **GRANTED.** Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims by and between Plaintiff and Defendants in the above-entitled action are hereby **dismissed with prejudice** and without an award of costs or attorneys' fees to any party.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

DATED November 20, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1